

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2018

No. 04-18-00118-CV

Jesus **VIRLAR**, M.D. and GMG Health Systems Associates, P.A.,
a/k/a and d/b/a Gonzaba Medical Group,
Appellants

v.

Jo Ann **PUENTE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04936
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Extension of time to file the court reporter's record by Letitia Moncivais is hereby Granted. Time is extended to July 2, 2018. **Further requests for extension of time will be disallowed.**

_Irene Rios_

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2018.

_Keith E. Hottle_

KEITH E. HOTTLE,
Clerk of Court